IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNNY L. JOHNSON,

        Plaintiff,

vs.                                                           No. 11-CV-00366 MCA/WDS

GENWORTH FINANCIAL HOME
EQUITY, INC., et al.,

        Defendants.

## ORDER

     This matter came before the Court upon Plaintiff's Motion to Remand [Doc 17]. Having considered Plaintiff's motion and Defendants' response, the Court entered an Order [64] directing Defendants to file an amended notice of removal. Defendants filed their amended notice of removal as directed by the Court. The amended notice of removal addresses the Court's concerns about the citizenship of Defendant Deutsche Bank Trust Company Americas. The Court is now satisfied that Deutsche Bank is a citizen of the State of New York and that complete diversity of citizenship exists between Plaintiff and all Defendants. The Court further finds that the amount in controversy exceeds $75,000, exclusive of interests and costs. Accordingly, the Court may assert subject matter over this case pursuant to 28 U.S.C. § 1332(a). The Court concludes that Plaintiff's motion to remand is not well-taken.

**IT IS THEREFORE HEREBY ORDERED** that Plaintiff's Motion to Remand [Doc. 17] is **denied.**

So ordered this 19th day of March, 2012.

_____
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE